1  Yvette D. Roland (SBN 120311)
   Cyndie M. Chang (SBN 227542)
2  DUANE MORRIS LLP
   865 S. Figueroa St., Suite 3100
3  Los Angeles, CA 90017-5450
   Telephone: (213) 689-7400
4  Facsimile: (213) 689-7401
   Email: ydroland@duanemorris.com
5  E-mail: cmchang@duanemorris.com

6  Gregory P. Gulia *(Pro Hac Vice)*
   Eric W. McCormick *(Pro Hac Vice)*
7  Mitchell A. Frank *(Pro hac vice)*
   DUANE MORRIS LLP
8  1540 Broadway
   New York, New York 10036-4086
9  Telephone: (212) 692-1000
   Facsimile: (212) 692-1020
10
   Attorneys for Plaintiff/Counter-Defendant
11 UNILEVER SUPPLY CHAIN, INC.

12
                     **UNITED STATES DISTRICT COURT**
13
                     **CENTRAL DISTRICT OF CALIFORNIA**
14

15
   UNILEVER SUPPLY CHAIN, INC.,           Case No.: CV10-09851 SVW (PJWx)
16
              Plaintiff,                  **DECLARATION OF CYNDIE M.**
17                                        **CHANG IN SUPPORT OF**
        v.                                **PLAINTIFF UNILEVER SUPPLY**
18                                        **CHAIN, INC.'S REQUEST FOR**
   JOHN ANTONY UELAND CAGLIA and          **ENTRY OF DEFAULT AGAINST**
19 GLOWSICLE LLC,                         **DEFENDANT GLOWSICLE LLC**

20            Defendants.

21 ─────────────────────────────
   JOHN ANTHONY [SIC] UELAND
22 CAGLIA,

23            Counter-Claimant,

24      v.

25 UNILEVER SUPPLY CHAIN, INC.,

26            Counter-Defendant.

27
28

I, Cyndie M. Chang, declare as follows:

1. I am an attorney at the law firm of Duane Morris LLP, attorneys of record for Plaintiff Unilever Supply Chain, Inc. ("Plaintiff") in this matter. I am familiar with the facts surrounding this matter and have actual knowledge of the matters testified to herein, except to those matters on information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would competently testify as to the following matters.

2. On February 9, 2011, Plaintiff filed its First Amended Complaint ("Plaintiff's Amended Complaint") alleging, inter alia, trademark infringement, unfair competition and false designation of origin, and trademark dilution with respect to Plaintiff's federally registered POPSICLE®, POPSICLE THE ORIGINAL BRAND (and Design)®, CREAMSICLE®, FUDGSICLE®, SUPERSICLE®, and CHOCSICLE® trademarks, and application for federal registration of YOSCILE. This action arises out of Defendants JOHN ANTONY UELAND CAGLIA and GLOWSICLE LLC's past, current and planned use of the name and trademark GLOWSICLE in connection with frozen confections.

3. On February 10, 2011, the summons in this civil case and Plaintiff's Amended Complaint was served upon Defendant GLOWSICLE LLC at 34098 Lady Fern Ct., Lake Elsinore, CA 92584 via personal delivery to its manager and registered agent, John Antony Ueland Caglia. The executed Proof of Service is attached as Exhibit A.

4. Defendant GLOWSICLE LLC was required to file an answer or other responsive pleading to Plaintiff's Amended Complaint no later than March 3, 2011.

5. As of today, Defendant GLOWSICLE LLC has failed to file an answer or other responsive pleading permitted by law.

6. Defendant GLOWSICLE LLC is neither a minor nor an incompetent person. Defendant GLOWSICLE LLC is not in the U.S. military.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed this 15th day of March, 2011, in Los Angeles, California.

            /s/ Cyndie M. Chang
            Cyndie M. Chang

## PROOF OF SERVICE

Re: *Unilever Supply Chain, Inc. v. John Anthony Ueland Caglia and Glowsicle LLC*
U.S.D.C. Case No. CV10-09851 SVW (PJWx)

I am a citizen of the United States, over the age of 18 years, and not a party to interested in the cause. I am an employee of Duane Morris LLP and my business address is 865 So. Figueroa Street, Suite 3100, Los Angeles, California 90017-5450. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date stated below, I served the following documents:

### DECLARATION OF CYNDIE M. CHANG IN SUPPORT OF PLAINTIFF UNILEVER SUPPLY CHAIN, INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT GLOWSICLE LLC

X    BY U.S. MAIL: ☒ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and placed the envelope for collection and mailing following our ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in a sealed envelope with postage fully prepaid. OR
☐ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

___    BY MESSENGER SERVICE: I enclosed the documents in an envelope or package addressed to the person(s) set forth below and providing the package(s) to a professional messenger service for same day delivery service. (*A declaration by the messenger must accompany this Proof of Service*).

___    BY PERSONAL SERVICE: I personally delivered the documents to the persons at the addresses listed below. (1) For a party represented by an attorney, delivery was made to the attorney or the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

___    BY OVERNIGHT DELIVERY: I enclosed the documents in a sealed envelope or package provided by FedEx and addressed to the person(s) listed below by placing the envelope or package(s) for collection and transmittal by FedEx pursuant to my firm's ordinary business practices, which are that on the same day a FedEx envelope or package is placed for collection, it is deposited in the ordinary course of business with FedEx for overnight delivery, with all charges fully prepaid.

___    BY FACSIMILE: Based on a court order or an agreement of the parties to accept service by fax transmission, I faxed the documents to the person(s) at the fax number(s) listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

___    BY ELECTRONIC SERVICE: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that

the transmission was unsuccessful.

John Anthony Ueland Caglia
In Propria Persona
34098 Ladyfern Court
Lake Elsinore, California  92532
Tel:  714.883.9092
E-Mail address:  johncaglia@glowsicle.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of March, 2011, at Los Angeles, California.

_____
Diana Garcia