# EXHIBIT A

Document2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 10-09851 SVW (PJWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GLOWSICLE LLC
was received by me on *(date)* 02/10/2011

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* John Antony Ueland Caglia, Agent for Service, who is designated by law to accept service of process on behalf of *(name of organization)* GLOWSICLE LLC at 34098 Lady Fern Ct., Lake Elsinore, CA 92584 on *(date)* 02/10/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 02/10/2011

*Server's signature*

Roy G. Black, CCPS -703
*Printed name and title*

1055 W. 7th St., Ste 1550
Los Angeles, CA 90017
(213) 488-1500
*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTS SERVED: FIRST AMENDED COMPLAINT; SUMMONS ON FIRST AMENDED COMPLAINT;