Yvette D. Roland (SBN 120311)
Cyndie M. Chang (SBN 227542)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email: ydroland@duanemorris.com
E-mail: cmchang@duanemorris.com

Gregory P. Gulia *(Pro Hac Vice)*
Eric W. McCormick (*Pro Hac Vice)*
Mitchell A. Frank *(Pro hac vice)*
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiff/Counter-Defendant
UNILEVER SUPPLY CHAIN, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNILEVER SUPPLY CHAIN, INC.,

Plaintiff,

v,

JOHN ANTONY UELAND CAGLIA and GLOWSICLE LLC,

Defendants.

JOHN ANTHONY [SIC] UELAND CAGLIA,

Counter-Claimant,

v.

UNILEVER SUPPLY CHAIN, INC.,

Counter-Defendant.

Case No.: CV10-09851 SVW (PJWx)

**[PROPOSED] ORDER ON PLAINTIFF UNILEVER SUPPLY CHAIN, INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST GLOWSICLE LLC**

Having reviewed Plaintiff Unilever Supply Chain, Inc.'s (" Plaintiff") Request for Entry of Default and all pleadings and evidence submitted in support of same, the Clerk of the Court hereby enters default as against Defendant Glowsicle LLC for failure to plead or otherwise defend in a timely manner, as provided by Rule 55 (a) of the Federal Rules of Civil Procedure, with respect to Plaintiff's Amended Complaint.

Dated: March ______, 2011

_______________________________
The Hon. Stephen V. Wilson

## *PROOF OF SERVICE*

*Re: Unilever Supply Chain, Inc. v. John Anthony Ueland Caglia and Glowsicle LLC*
U.S.D.C. Case No. CV10-09851 SVW (PJWx)

I am a citizen of the United States, over the age of 18 years, and not a party to interested in the cause. I am an employee of Duane Morris LLP and my business address is 865 So. Figueroa Street, Suite 3100, Los Angeles, California 90017-5450. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date stated below, I served the following documents:

**[PROPOSED] ORDER ON PLAINTIFF UNILEVER SUPPLY CHAIN, INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST GLOWSICLE LLC**

X BY U.S. MAIL: ☒ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and placed the envelope for collection and mailing following our ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in a sealed envelope with postage fully prepaid. OR
☐ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

___ BY MESSENGER SERVICE: I enclosed the documents in an envelope or package addressed to the person(s) set forth below and providing the package(s) to a professional messenger service for same day delivery service. (*A declaration by the messenger must accompany this Proof of Service*).

___ BY PERSONAL SERVICE: I personally delivered the documents to the persons at the addresses listed below. (1) For a party represented by an attorney, delivery was made to the attorney or the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

___ BY OVERNIGHT DELIVERY: I enclosed the documents in a sealed envelope or package provided by FedEx and addressed to the person(s) listed below by placing the envelope or package(s) for collection and transmittal by FedEx pursuant to my firm's ordinary business practices, which are that on the same day a FedEx envelope or package is placed for collection, it is deposited in the ordinary course of business with FedEx for overnight delivery, with all charges fully prepaid.

___ BY FACSIMILE: Based on a court order or an agreement of the parties to accept service by fax transmission, I faxed the documents to the person(s) at the fax number(s) listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

___ BY ELECTRONIC SERVICE: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

John Anthony Ueland Caglia
In Propria Persona
34098 Ladyfern Court
Lake Elsinore, California 92532
Tel: 714.883.9092
E-Mail address: johncaglia@glowsicle.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of March, 2011, at Los Angeles, California.

Diana Garcia