Yvette D. Roland (SBN 120311)
Cyndie M. Chang (SBN 227542)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email: ydroland@duanemorris.com
Email: cmchang@duanemorris.com
and
Gregory P. Gulia (*Pro Hac Vice*)
Eric W. McCormick (*Pro Hac Vice*)
Mitchell A. Frank (*Pro Hac Vice*)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiff/Counterclaim Defendant
UNILEVER SUPPLY CHAIN, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILEVER SUPPLY CHAIN, INC., <br><br> Plaintiff, <br><br> v, <br><br> JOHN ANTONY UELAND CAGLIA and GLOWSICLE LLC, <br><br> Defendants. | Case No.: CV10-09851 SVW (PJWx) <br><br> **PROOF OF SERVICE ON JOHN ANTONY UELAND CAGLIA OF FIRST AMENDED COMPLAINT AND SUMMONS OF FIRST AMENDED COMPLAINT** |
| AND RELATED ACTIONS. | |

///

///

///

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV`10-09851 SVW (PJWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JOHN ANTONY UELAND CAGLIA

was received by me on *(date)*   02/10/2011   .

☑ I personally served the summons on the individual at *(place)*   34098 LADY FERN CT., LAKE ELSINORE, CA 92584 at 6:05PM   on *(date)*   02/10/2011   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   02/10/2011

*Server's signature*

Roy G. Black, CCPS -703
*Printed name and title*

1055 W. 7th St., Ste 1550
Los Angeles, CA  90017
(213) 488-1500
*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTS SERVED: FIRST AMENDED COMPLAINT; SUMMONS ON FIRST AMENDED COMPLAINT;