```
 1  Yvette D. Roland (SBN 120311)
    Cyndie M. Chang (SBN 227542)
 2  DUANE MORRIS LLP
    865 S. Figueroa St., Suite 3100
 3  Los Angeles, CA 90017-5450
    Telephone: (213) 689-7400
 4  Facsimile: (213) 689-7401
    Email: ydroland@duanemorris.com
 5  Email: cmchang@duanemorris.com
    and
 6  Gregory P. Gulia (Pro Hac Vice)
    Eric W. McCormick (Pro Hac Vice)
 7  Mitchell A. Frank (Pro Hac Vice)
    DUANE MORRIS LLP
 8  1540 Broadway
    New York, New York 10036-4086
 9  Telephone: (212) 692-1000
    Facsimile: (212) 692-1020
10
    Attorneys for Plaintiff/Counterclaim Defendant
11  UNILEVER SUPPLY CHAIN, INC.
12
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNILEVER SUPPLY CHAIN, INC., | Case No.: CV10-09851 SVW (PJWx) |
|---|---|
| Plaintiff, | **PROOF OF SERVICE ON GLOWSICLE LLC OF FIRST AMENDED COMPLAINT AND SUMMONS OF FIRST AMENDED COMPLAINT** |
| v, | |
| JOHN ANTONY UELAND CAGLIA and GLOWSICLE LLC, | |
| Defendants. | |
| AND RELATED ACTIONS. | |

/ / /

/ / /

/ / /

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 10-09851 SVW (PJWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GLOWSICLE LLC

was received by me on *(date)* 02/10/2011 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* John Antony Ueland Caglia, Agent for Service , who is designated by law to accept service of process on behalf of *(name of organization)* GLOWSICLE LLC at 34098 Lady Fern Ct., Lake Elsinore, CA 92584 on *(date)* 02/10/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/10/2011

*Server's signature*

Roy G. Black, CCPS -703
*Printed name and title*

1055 W. 7th St., Ste 1550
Los Angeles, CA 90017
(213) 488-1500
*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTS SERVED: FIRST AMENDED COMPLAINT; SUMMONS ON FIRST AMENDED COMPLAINT;