# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-09851-SVW-PJW | Date | March 14, 2011 |
|---|---|---|---|
| Title | Unilever Supply Chain, Inc. v. John Antony Ueland Caglia | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Cyndie M. Chang<br>Eric W. McCormic<br>Gregory P. Gulia | John Antony Ueland Caglia |

**Proceedings:**   NEW CASE STATUS CONFERENCE

Status conference held. The Court sets the following dates:

Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 11, 2011 at 3:00 p.m.
Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 19, 2011 at 9:00 a.m.

Exchange of expert reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 13, 2011

|  | : | 17 |
|---|---|---|
|  | Initials of Preparer | PMC |