1. Yvette D. Roland (SBN 120311)
2. Cyndie M. Chang (SBN 227542)
   DUANE MORRIS LLP
   865 S. Figueroa St., Suite 3100
3. Los Angeles, CA 90017-5450
   Telephone: (213) 689-7400
4. Facsimile: (213) 689-7401
   Email: ydroland@duanemorris.com
5. E-mail: cmchang@duanemorris.com

6. Gregory P. Gulia *(Pro Hac Vice)*
   Eric W. McCormick *(Pro Hac Vice)*
7. Mitchell A. Frank *(Pro hac vice)*
   DUANE MORRIS LLP
8. 1540 Broadway
   New York, New York 10036-4086
9. Telephone: (212) 692-1000
   Facsimile: (212) 692-1020

10.
11. Attorneys for Plaintiff/Counter-Defendant
    UNILEVER SUPPLY CHAIN, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILEVER SUPPLY CHAIN, INC., | Case No.: CV10-09851 SVW (PJWx) |
| Plaintiff, | **[PROPOSED] JUDGMENT BY THE COURT AS TO DEFENDANT GLOWSICLE LLC** |
| v. | |
| JOHN ANTONY UELAND CAGLIA and GLOWSICLE LLC, | Date:<br>Time:<br>Courtroom: 6 |
| Defendants. | |
| JOHN ANTHONY [SIC] UELAND CAGLIA, | |
| Counter-Claimant, | |
| v. | |
| UNILEVER SUPPLY CHAIN, INC., | |
| Counter-Defendant. | |

1  WHEREAS, Plaintiff Unilever Supply Chain, Inc. filed its First Amended Complaint on February 9, 2011 against Defendant Glowsicle LLC ("Defendant"), service was deemed complete on February 9, 2011 and Defendant failed to appear in this action; and

WHEREAS, the time for answering the First Amended Complaint has expired and Defendant has failed to file an answer or otherwise move with respect to the First Amended Complaint; and

WHEREAS, the Clerk Entered Default against Defendant on March 17, 2011; and

WHEREAS, Plaintiff has submitted with respect to Defendant's failure to answer or otherwise move (i) a Notice of Application for Default Judgment, (ii) an Application for Default Judgment, (iii) Declaration of Gregory P. Gulia in Support of Plaintiff's Application for Default Judgment, (iv) a Memorandum of Points and Authorities in Support of Plaintiff's Application for Default Judgment and (v) a Proposed Judgment by the Court as to Defendant Glowsicle LLC; and

The Court having fully considered the papers and evidence filed in support thereof, and a decision having been duly rendered granting Plaintiff's Application for Default Judgment against Defendant:

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. Defendant, its employees, agents, officers, attorneys, successors, and assigns, and all those in active concert and participation with Defendant, including but not limited to co-defendant John Antony Ueland Caglia, are permanently enjoined from:

(a) using and/or authorizing any third party to use as a trademark, service mark, domain name, business name, trade name, symbol of origin and/or otherwise: GLOWSICLE, any name or mark incorporating SICLE, and/or any other counterfeit, copy, simulation, confusingly similar variation, and/or colorable imitation of Plaintiff's POPSICLE®, CREAMSICLE® and FUDGSICLE® marks ("SICLE

Marks"), in any manner or form, on or in connection with any business, products and/or services, and/or in the marketing, advertising and/or promotion of same;

 (b) imitating, copying or making any unauthorized use in any manner or form of Plaintiff's SICLE Marks and/or any copy, simulation, variation and/or imitation thereof;

 (c) making and/or displaying any statement and/or representation that is likely to lead the public and/or the trade to believe that Defendant Glowsicle LLC and/or the Defendant's products and/or services are in any manner associated and/or affiliated with and/or approved, endorsed, licensed, sponsored, authorized and/or franchised by or are otherwise connected with Unilever;

 (d) Using and/or authorizing any third party to use in connection with the rendering, offering, advertising, and/or promotion of any goods, products, and/or services any false description, false representation, and/or false designation of origin, and/or any marks, names, words, symbols, devices, and/or trade dress which falsely associate such goods, products and/or services with Plaintiff and/or tend to do so;

 (e) diluting the distinctive quality of Plaintiff's SICLE Marks;

 (f) registering and/or applying to register as a trademark, service mark, domain name, trade name and/or other source identifier or symbol of origin GLOWSICLE and/or any other name or mark incorporating SICLE, whether alone or in combination with any other word(s) or design(s), and/or any other mark, trade dress and/or name that infringes on and/or is likely to be confused with Plaintiff's SICLE Marks;

 (g) engaging in any other activity constituting unfair competition with Plaintiff, and/or constituting an infringement of Plaintiff's SICLE Marks, and/or of Plaintiff's rights therein; and

 (h) aiding, assisting and/or abetting any other party in doing any act prohibited by sub-paragraphs (a) through (g).

Dated: _____    _____
                                  Stephen V. Wilson, United States District Judge

# PROOF OF SERVICE

Re: *Unilever Supply Chain, Inc. v. John Antony Ueland Caglia and Glowsicle LLC*
U.S.D.C. Case No. CV10-09851 SVW (PJWx)

I am a citizen of the United States, over the age of 18 years, and not a party in this case. I am an employee of Duane Morris LLP and my business address is 865 So. Figueroa Street, Suite 3100, Los Angeles, California 90017-5450. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date stated below, I served the following documents:

**[PROPOSED] JUDGMENT BY THE COURT AS TO DEFENDANT GLOWSICLE LLC**

X   <u>BY U.S. MAIL</u>: ☒ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and placed the envelope for collection and mailing following our ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid. <u>OR</u>
☐ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

X   <u>BY PERSONAL DELIVERY</u>: On the date set forth below, at Los Angeles, California, I placed the above-referenced document(s) in a box or location regularly maintained at my office for our messenger/courier service, or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The document(s) was(were) placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown below, at the office address(es) as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

___   <u>BY OVERNIGHT DELIVERY</u>: I enclosed the documents in a sealed envelope or package provided by FedEx and addressed to the person(s) listed below by placing the envelope or package(s) for collection and transmittal by FedEx pursuant to my firm's ordinary business practices, which are that on the same day a FedEx envelope or package is placed for collection, it is deposited in the ordinary course of business with FedEx for overnight delivery, with all charges fully prepaid.

___   <u>BY FACSIMILE</u>: Based on a court order or an agreement of the parties to accept service by fax transmission, I faxed the documents to the person(s) at the fax number(s) listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

DM2\2772888.2

5

____ <u>BY ELECTRONIC SERVICE</u>: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

John Antony Ueland Caglia
In Propria Persona
34098 Ladyfern Court
Lake Elsinore, California 92532
Tel: 714.883.9092
E-Mail address: johncaglia@glowsicle.com

Glowsicle LLC
c/o John Antony Ueland Caglia, as Agent for Service of Process for Glowsicle LLC
34098 Ladyfern Court
Lake Elsinore, California 92532

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2011, at Los Angeles, California.

_____
Diana Garcia