Yvette D. Roland (SBN 120311)
Cyndie M. Chang (SBN 227542)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email: ydroland@duanemorris.com
E-mail: cmchang@duanemorris.com

Gregory P. Gulia *(Pro Hac Vice)*
Eric W. McCormick *(Pro Hac Vice)*
Mitchell A. Frank *(Pro hac vice)*
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiff/Counter-Defendant
UNILEVER SUPPLY CHAIN, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILEVER SUPPLY CHAIN, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN ANTONY UELAND CAGLIA and GLOWSICLE LLC, <br><br> Defendants. | Case No.: CV10-09851 SVW (PJWx) <br><br> **DECLARATION OF GREGORY P. GULIA IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AS TO DEFENDANT GLOWSICLE LLC** <br><br> Date: <br> Time: <br> Courtroom: 6 |
| JOHN ANTHONY [SIC] UELAND CAGLIA, <br><br> Counter-Claimant, <br><br> v. <br><br> UNILEVER SUPPLY CHAIN, INC., <br><br> Counter-Defendant. | |

DECLARATION OF GREGORY P. GULIA IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT
BY THE COURT AGAINST GLOWSICLE LLC

DM2\2770982.2

I, Gregory P. Gulia, declare as follows:

1. I submit this affidavit pursuant to Rule 55-1 of the Local Civil Rules for the Central District of California in support of Plaintiffs' Application for Entry of Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against Defendant Glowsicle LLC ("Defendant").

2. Defendant Glowsicle LLC has been served with the summons and First Amended Complaint and has defaulted. Defendant has not appeared in this action.

3. Defendant Glowsicle LLC is not an infant, an incompetent person or in the military.

4. The Servicemembers Civil Relief Act (50 App. U.S.C. § 521) does not apply to the case.

5. In addition, notice of this Application for Default Judgment and all the accompanying documents filed herein have been served on the defaulting party to its agent for service as of the date of the filing of this Application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2011, in New York, New York.

_____
Gregory P. Gulia

## PROOF OF SERVICE

Re: *Unilever Supply Chain, Inc. v. John Antony Ueland Caglia and Glowsicle LLC*
U.S.D.C. Case No. CV10-09851 SVW (PJWx)

I am a citizen of the United States, over the age of 18 years, and not a party to this case. I am an employee of Duane Morris LLP and my business address is 865 So. Figueroa Street, Suite 3100, Los Angeles, California 90017-5450. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date stated below, I served the following documents:

**DECLARATION OF GREGORY GULIA IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AS TO DEFENDANT GLOWSICLE LLC**

X  **BY U.S. MAIL:** ☒ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and placed the envelope for collection and mailing following our ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid. OR
☐ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

X  **BY PERSONAL DELIVERY:** On the date set forth below, at Los Angeles, California, I placed the above-referenced document(s) in a box or location regularly maintained at my office for our messenger/courier service, or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The document(s) was(were) placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown below, at the office address(es) as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

___  **BY OVERNIGHT DELIVERY:** I enclosed the documents in a sealed envelope or package provided by FedEx and addressed to the person(s) listed below by placing the envelope or package(s) for collection and transmittal by FedEx pursuant to my firm's ordinary business practices, which are that on the same day a FedEx envelope or package is placed for collection, it is deposited in the ordinary course of business with FedEx for overnight delivery, with all charges fully prepaid.

___  **BY FACSIMILE:** Based on a court order or an agreement of the parties to accept service by fax transmission, I faxed the documents to the person(s) at the fax number(s) listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

___  **BY ELECTRONIC SERVICE:** Based on a court order or an agreement of

the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

John Antony Ueland Caglia
In Propria Persona
34098 Ladyfern Court
Lake Elsinore, California  92532
Tel:  714.883.9092
E-Mail address:  johncaglia@glowsicle.com

Glowsicle LLC
c/o John Antony Ueland Caglia, as Agent for Service of Process for Glowsicle LLC
34098 Ladyfern Court
Lake Elsinore, California  92532

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2011, at Los Angeles, California.

_____
Diana Garcia